## Affidavit of Andrew Schumacher Regarding Business Misconduct at Edge Data Solutions

**I, Andrew Schumacher, of 700 Elwood Ave North Minneapolis, Minnesota 55411, hereby swear and affirm under penalty of perjury the following:**

1. **Personal Background**:

    - My name is Andrew Schumacher. I was employed by Edge Data Solutions from July 2021 to January 2022 as a Project Manager, responsible for liaising between Sales and Engineering departments.
    - Prior to my employment at Edge, I was a customer of the company, operating a small data center called Xanadu Media. During my time as a customer, I purchased two waves of hardware from Edge Data Solutions.

2. **Observations of Deliberate Misconduct**:

    - I believe the misconduct I witnessed was deliberate. Those in leadership positions at Edge Data Solutions, specifically Delray Wannemacher (CEO) and Daniel Wong (President), were fully aware of the dire financial condition of the company yet continued to extract significant financial benefits for themselves, which compromised the company's ability to operate.
    - There were ongoing discussions about purchase orders not being fulfilled. Management continued to operate as if business was proceeding normally, despite knowledge of a severe lack of funds and the inability to fulfill customer orders.
    - In one instance, Daniel Wong used company funds to take his entire family on a vacation to Hawaii, despite the company's financial distress and the lack of resources to fulfill purchase orders. This exemplifies the self-enrichment behavior of the executives.

3. **Internal Pressure and Ethical Violations**:

    - I was directly pressured by operations management to conceal information regarding project delays, vendor issues, and mistreatment of both old and current vendors. I was instructed specifically to *"not make our problems our clients' problems"*, despite the fact that our purchase orders were not being fulfilled, and we were unable to pay for assets that had already been billed to customers.
    - Despite sufficient funds having been received throughout 2021, I was told that there was no money available to fulfill orders. This was misleading, as Edge had received adequate revenue to meet its obligations, yet funds were misdirected or mismanaged.

4. **Escalation and Response**:

- I did escalate these issues within the company, questioning why purchase orders were not being processed and raising concerns about the company's ability to fulfill its obligations. However, my concerns were disregarded. I was told that there were *"no funds available"* to process the orders, despite the company having received revenue.
- I did not escalate these matters to regulatory bodies, though I now believe that doing so would have been crucial given the level of fraud I was witnessing.

5. **Vendor and Customer Impact**:

   - Vendors were not paid for their work. One notable instance was with HydroThrift, a vendor who provided a dry cooler system for Edge. The company failed to pay for the system, resulting in a loss of up to $20,000 for HydroThrift.
   - Similarly, Edge failed to compensate their own contractors, such as Edge Engineering, which was left unpaid for around $100,000 despite the close working relationship and daily meetings between the two companies.
   - Edge chose not to have Edge Engineering produce tanks in-house because it was not at a large enough scale, even though producing in small batches would have allowed us to fulfill orders and generate revenue.

6. **Fraudulent Actions and Evidence of Misconduct**:

   - I recently discovered that Edge delivered a production batch of tanks to another customer, Just for Krypto, instead of issuing a refund for goods owed to Xanadu Media. This occurred despite our request for a refund after the goods were delayed by over a year. This act further exemplifies the fraudulent conduct and deliberate actions taken by Edge's leadership to avoid refunding customers while fulfilling orders for other clients.

7. **Accounting Practices and Financial Mismanagement**:

   - The accounting practices at Edge Data Solutions were deeply suspect. The CFO often appeared nervous and reluctant to provide clear answers regarding the company's financial state. Additionally, the rapid turnover of the company's CFO and the subsequent appointment of a new, reputable CFO raised significant concerns about the company's financial management.
   - I became aware of issues such as billing customers for assets that cost far less than what we charged them, which indicated that there was potential fraud or misrepresentation involved in the company's sales practices.

8. **Safety and Compliance Violations**:

   - I became aware that Edge sold electrical hardware to customers that was not UL-listed, nor had it even reached the prototype phase when it was sold. This was a direct violation of safety standards and further evidence of Edge's negligence toward customers' safety and regulatory requirements.
   - This issue was specifically brought to light through my communications with Raptor Power Systems when I was still employed at Edge. At that time, I realized

   that both I and other customers, such as Bit Intelligence, had been lied to regarding the safety and compliance of the products Edge sold.

9. **Documentation and Evidence**:

   - I have retained copies of all email correspondence, meeting notes, and other records from my time working at Edge Data Solutions. These documents provide evidence of the financial mismanagement, fraudulent sales practices, and neglect of vendor relationships.

10. **Conclusion**:

    - The conduct I observed at Edge Data Solutions was not the result of accidental mismanagement; it was deliberate fraud aimed at enriching the company's executives at the expense of vendors, employees, and customers.
    - I believe that these actions, including the failure to fulfill purchase orders, misrepresentation of products, and failure to pay vendors, constitute criminal misconduct and fraud. I am submitting this affidavit to provide a truthful account of my experience with the company and to support any legal investigations or actions regarding these matters.

**Signed:**
Andrew Schumacher
12/18/2024

---

This structure emphasizes the deliberate nature of the misconduct and outlines the key facts and actions surrounding the fraudulent activities you observed. The affidavit is designed to present a clear, factual narrative supported by your personal experiences and evidence. If you need further assistance refining or formatting any sections, feel free to ask.