UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Xanadu Media LLC, Corporation, | Case No. 0:24-cv-03282 |
| Plaintiff, | (DWF/BLM) |
| v. | |
| Edge Data Solutions, Daniel Wong, Individually, Delray Wannemacher, Individually, and Clay Seibert, Individually, | **PLAINTIFF'S NOTICE OF VOLUNATARY DISMISSAL** |
| Defendants. | |

**NOTICE OF VOLUNATRY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Xanadu Media LLC, Corporation hereby gives notice that this action is voluntarily dismissed. Defendant Daniel Wong has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntarily dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41 (a)(1)(B).

Dated: February 21, 2025   **APPLEBAUM LAW FIRM**

<u>/s Paul Applebaum</u>
Paul Applebaum, #223098
First National Bank Building, Suite W1610
332 Minnesota Street
St. Paul, MN 55101
Telephone:  651-222-2999
Fax:  651-223-5179
Paul@applebaumlawfirm.com

Attorney for Plaintiff Xanadu Media LLC