# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Xanadu Media LLC, *Corporation*, | Civil No. 24-3282 (DWF/DLM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Edge Data Solutions; Daniel Wong, *Individually*; Delray Wannemacher, *Individually* and Clay Seibert, *Individually*; | |
| Defendants. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on February 24, 2025, (Doc. No. [32]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 24, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge